OPINION — AG — THE RELEVANT PROVISIONS OF 37 O.S. 1961 537 [37-537] AND CITY ORDINANCES OF MUSKOGEE SECTIONS 2-23 AND 2-52 APPLY TO ALL PERSONS UNDER THE AGE OF TWENTY ONE YEARS, WHETHER THEY BE MALE OR FEMALE. KEY WORDS OF ORDINANCES: KNOWINGLY SELL, DELIVER, OR FURNISH ALCOHOLIC BEVERAGES TO ANY PERSON UNDER TWENTY ONE YEARS OF AGE, PERMITTED IN OR ON THAT PART OF THE PREMISES OF PRIVATE CLUB WHERE ALCOHOLIC BEVERAGES ARE SOLD CITE: 15 O.S. 1961 13 [15-13] (CHARLES OWENS)